[No. 10,014.]

## THE PEOPLE v. BERNARDO RAINA.

EVIDENCE OF GOOD CHARACTER IN CRIMINAL CASE.—On a trial for larceny, if the defendant introduces testimony tending to show his good character, the jury cannot disregard this testimony, but must take it into consideration with the testimony tending to establish his guilt.

APPEAL from the County Court of Calaveras County.

The appeal was taken from the judgment and from an order denying a motion for a new trial.

The other facts are stated in the opinion.

T. B. McFarland, for Appellant, cited the People v. Ashe, 44 Cal. 288.

John L. Love, Attorney General, for the People.

By the COURT:

The prisoner was convicted of the crime of larceny committed in the alleged stealing of a steer. Upon the trial he introduced the evidence of several witnesses tending to show his good character for honesty, and upon this point asked the Court to give the jury the following instruction:

"The defendant has given proof of his previous good character for honesty and integrity. This proof of good character, coming as it does in aid of the general presumption of innocence, is no more to be laid out of view by the jury in their deliberations than is the original presumption itself. The good character of the prisoner, when proven, is itself a fact in the case. It is a circumstance tending in a greater or less degree to establish his innocence, and cannot be put aside by the jury in order to ascertain if the other facts and circumstances considered by themselves do not establish his guilt beyond a reasonable doubt."

This instruction was refused and no other given upon the point. The instruction, as asked, appears to have been copied verbatim from the opinion of this Court in the case of the *People* v. *Ashe*, 44 Cal. 288, and its refusal was clearly erroneous.

Judgment reversed and cause remanded for a new trial.